No. 768. THIRTY-FIRST INFANTRY POST EXCHANGE ET AL. v. POSADAS, COLLECTOR OF INTERNAL REVENUE. April 20, 1931. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. Messrs. Arthur W. Brown and Mark E. Guerin for petitioners. Messrs. James S. Easby-Smith and Francis W. Hill, Jr., for respondent.

No. 769. MORRIS-CUMINGS DREDGING Co. v. HENRY STEERS, INC. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Leonard J. Matteson for petitioner. Mr. William F. Purdy for respondent.

No. 770. QUITT v. STONE, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mr. Joseph A. Cantrel for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Claude R. Branch, Mahlon D. Kiefer, and W. Marvin Smith for respondents.

No. 771. DAVIDOFF v. THOMAS A. EDISON, INC. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Borris M. Komar for petitioner. Mr. Roger Hinds for respondent.

No. 772. NATIONAL TANK & EXPORT Co. v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. Eliot C. Lovett and Elisha Hanson for petitioner.